UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MARIA GUZMAN,<br>Plaintiffs,<br>VS.<br>COSTCO WHOLESALE CORPORATION and DOES 1 to 50, inclusive,<br>Defendants. | Case No: 2:25-cv-02630-MRA-AJR<br><br>**ORDER OF STIPULATION TO DISMISS** |

Having considered the Parties' Stipulation Re Request for Dismissal and finding that good cause exists, this Court orders that:

1. With good cause, Plaintiff's case 2:25-cv-02630-MRA-AJR is **DISMISSED** with prejudice.

DATED: September 30, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE